# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**NORTHERN DIVISION**

| | |
|---|---|
| SHIRLEY JONES WORTHINGTON, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, ) | **CASE NO. 2:11-CV-49-D** |
| *Commissioner of Social Security*, ) | |
| Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 12] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 14] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 15, 2013,** WITH A COPY TO:

Branch W. Vincent III (via CM/ECF electronic notification)
Marc D. Epstein (via CM/ECF electronic notification)

| | JULIE A. RICHARDS, Clerk |
|---|---|
| February 15, 2013 | |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |